IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CLUB CAR WASH OPERATING, LLC,

    Plaintiff,

vs.

ROCKET CARWASH, LLC, and CITY VENTURES, LLC,

    Defendants.

8:20CV3156

**ORDER**

1) The motion to withdraw filed by Richard P. Jeffries and Paul B. Donahue, as counsel of record for Defendants (Filing No. 24), is granted. Counsel shall provide Defendants with a copy of this order.

2) Richard P. Jeffries and Paul B. Donahue shall no longer receive electronic notice in this case.

3) A corporation cannot litigate its action in this forum without representation by licensed counsel. Knoefler v. United Bank of Bismarck, 20 F.3d 347, 347-48 (8th Cir. 1994). On or before June 1, 2021, Defendants shall either obtain the services of counsel and have that attorney file an appearance in this case. The failure to do so may result in an entry of default and/or a default judgment against Defendants.

Dated this 30th day of April, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge