IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLUB CAR WASH OPERATING, LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ROCKET CARWASH, LLC, and CITY VENTURES, LLC,<br><br>　　　　　　Defendants. | **8:20CV3156**<br><br>**ORDER** |

A conference call was held today to discuss the status of this case and any remaining discovery issues. Upon consideration of the parties' positions,

IT IS ORDERED:

1)　On Plaintiff's motion, Defendant shall fully respond to the following written discovery requests on or before April 13, 2022.

> INTERROGATORY NO. 7: Identify with particularity all instances in which you claimed to have used the trade name "Club Carwash." Your answer should include the dates, to the best of your knowledge, that such use was made and the nature of such use.
>
> INTERROGATORY NO. 10: Describe all marketing or other efforts, including dates, of Defendant to use or promote "Club Carwash" as a name or identifier of its business, and not merely as temporary promotion of service offered by Defendant.
>
> INTERROGATORY NO. 11: Identify and describe all documents or marketing materials that use or display the name "Club Carwash" to identify Defendant's business.
>
> REQUEST NO. 10: A copy of any and all agreements, reports, marketing materials, press releases, documentation, statements, or other evidence which establish the date on which you first used the

trade name "Club Carwash" to identify and distinguish your business and not merely a promotion or service offered by your business.

2) On the court's own motion, the parties shall participate in alternative dispute resolution by no later than June 30, 2022, with all negotiations toward settlement made in good faith. On or before April 29, 2022, counsel shall advise the undesigned magistrate judge regarding the scheduled date and type of ADR selected by the parties.

Dated this 30th day of March, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge